**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| K.T., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-301-CDL-ALS |
| Warden, STEWART DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

On September 16, 2026, Petitioner filed a Motion for an Evidentiary Hearing. (Doc. 12). As of September 16, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed September 23, 2026). Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 23rd day of September, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE